**In re Dean SIMMONS, Plaintiff.**

**STATE of Missouri, DEPARTMENT OF MENTAL HEALTH, Respondent.**

v.

**Dean SIMMONS, Appellant.**

**No. WD 50259.**

Missouri Court of Appeals,
Western District.

Aug. 22, 1995.

James C. Dowling, Franklin & Dowling, Fulton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

*ORDER*

PER CURIAM.

This is from a judgment finding appellant incapacitated, § 475.075, RSMo 1994. The evidence was sufficient and not against the weight of evidence that appellant was incapacitated under the definition in § 475.010.

Judgment affirmed. Rule 84.16(b).